# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Michigan Welfare Rights Organization

v.

Trump

**Case No:** 22-7164

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ◉ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel for the  ○ Appellant(s)/Petitioner(s)  ◉ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

- Michigan Welfare Rights Organization
- NAACP
- Maureen Taylor
- Nicole Hill
- Teasha Jones

### Counsel Information

**Lead Counsel:** Samuel Spital
**Direct Phone:** (646) 899-8353   **Fax:** ( ) -   **Email:** sspital@naacpldf.org

**2nd Counsel:**
**Direct Phone:** ( ) -   **Fax:** ( ) -   **Email:**

**3rd Counsel:**
**Direct Phone:** ( ) -   **Fax:** ( ) -   **Email:**

**Firm Name:** NAACP Legal Defense & Educational Fund, Inc.
**Firm Address:** 40 Rector St. New York, NY 10006
**Firm Phone:** (212) 965-2200   **Fax:** (212) 226-7592   **Email:** sspital@naacpldf.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)