# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 22-7164
2. DATE DOCKETED: 12-06-2022
3. CASE NAME (lead parties only) Michigan Welfare Rights Org. v. Donald J. Trump
4. TYPE OF CASE: ☒ District Ct - ◉ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ◉ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.    Bankruptcy Court Docket No.    Tax Court Docket No.
      Civil Action 1:20-cv-03388-EGS    Bankruptcy    Tax
      Criminal    Adversary
      Miscellaneous    Ancillary
   b. Review is sought of:
      ☐ Final Order   ☒ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Emmet G. Sullivan    Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 11-28-2022    e. Date notice of appeal filed: 11-30-2022
   f. Has any other notice of appeal been filed in this case? ○ Yes ◉ No   If YES, date filed:
   g. Are any motions currently pending in trial court? ◉ Yes ○ No   If YES, date filed: 12/22/22; 12/23/22; 1/2/23
      If YES, identify motion Motion for Stay (Dkt 66); Cross Motion to Commence Discovery (Dkt 68); Motions to Dismiss (Dkt 71 and 72)
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ○ Yes ◉ No
      If NO, why not? Decision based on the pleadings
   i. Has this case been before the Court under another appeal number? ○ Yes Appeal #  ◉ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ◉ Yes ○ No If YES, give each case's court and case name, and docket number:
      See complete list of cases in Appellant's Certificate As To Parties, Rulings, And Related Cases
   k. Does this case turn on validity or correct interpretation or application of a statute? ◉ Yes ○ No
      If YES, give popular name and citation of statute 42 U.S.C. 1985(1) and 1985(3)
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ◉ No   If so, provide program name and participation dates

Signature /s/ Jesse R Binnall    Date 01-05-2023
Name of Party Donald J. Trump and Donald J. Trump for President, Inc.
Name of Counsel for Appellant/Petitioner Jesse R. Binnall
Address Binnall Law Group, 717 King Street, Suite 200, Alexandria, Virginia 22314
Phone ( 703 ) 888-1943    Fax ( 703 ) 888-1930

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)