UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Michigan Welfare Rights Organization, et al., <br><br> Appellees, <br><br> v. <br><br> Donald J. Trump, <br><br> Appellant, <br><br> Donald J. Trump For President, Inc. and Republican National Committee, <br><br> Appellees | No. 22-7164 <br> September Term, 2022 |

# CORPORATE DISCLOSURE STATEMENT

Pursuant to D.C. Circuit Rule 26.1, counsel for the Make America Great Again PAC (f/k/a Donald J Trump for President, Inc), certifies that it has no parent corporation, no corporation owns 10% or more of its stock, and no publicly traded company or corporation has an interest in the outcome of this case or appeal.

Dated: January 6, 2023                Respectfully submitted,

                                       /s/ Jesse R. Binnall

> Jesse R. Binnall
> Molly McCann
> BINNALL LAW GROUP, PLLC
> 717 King Street, Suite 200
> Alexandria, Virginia 22314
> Phone: (703) 888-1943
> Fax: (703) 888-1930
> Email: jesse@binnall.com
>        molly@binnall.com
>
> *Attorneys for Donald J. Trump and Donald J. Trump for President, Inc.*

## CERTIFICATE OF SERVICE

I certify that on January 6, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall

*Attorney for Donald J. Trump and Donald J. Trump for President, Inc.*