# United States Court of Appeals
**For The District of Columbia Circuit**

_____

**No. 22-7164**                      **September Term, 2023**

**1:20-cv-03388-EGS**

**Filed On:** December 1, 2023

Michigan Welfare Rights Organization, et al.,

      Appellees

   v.

Donald J. Trump, in his personal capacity,

      Appellant

Donald J. Trump For President, Inc. and
Republican National Committee,

      Appellees

## O R D E R

    Upon consideration of the court's order filed January 30, 2023, holding this case in abeyance and the court's disposition in [James Blassingame, et al v. Donald Trump](#), Nos. 22-5069, et al., which was decided on December 1, 2023, it is

    **ORDERED**, on the court's own motion, that the parties file motions to govern future proceedings in these cases by January 2, 2024.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

              BY:    /s/
                           Daniel J. Reidy
                           Deputy Clerk