# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-7164**  **September Term, 2022**

**1:20-cv-03388-EGS**

**Filed On:** January 30, 2023

Michigan Welfare Rights Organization, et al.,

    Appellees

  v.

Donald J. Trump, in his personal capacity,

    Appellant

Donald J. Trump For President, Inc. and
Republican National Committee,

    Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings within 30 days of either the court's disposition of the appeals consolidated under Blassingame v. Trump, No. 22-5069 (D.C. Cir.) (argued Dec. 7, 2022), or the district court's disposition of defendants' pending motions to dismiss the second amended complaint, whichever occurs first.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
    Amanda Himes
    Deputy Clerk